IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERIMARK INTERACTIVE, LLC, *et al.*,[1] | ) |
| | ) Case No. 23-10438 (TMH) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 24 2023, AT 1:00 P.M. (EASTERN TIME)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

### MATTER GOING FORWARD

1. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Procedures to Designate Stalking Horse Bidder(s), (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II)(A) Approving the Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 14, filed 04/11/23).

   Status:  **Pursuant to the *Notice of Modifications to Bidding Procedures* (D.I. 246), a hearing was scheduled to consider the approval of any proposed stalking horse bid. The Debtors do not intend to go forward with this hearing.**

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the Debtors' federal tax identification number (if applicable), are: AmeriMark Interactive, LLC (8556), AmeriMark Intermediate Sub, Inc. (0032), AMDRL Holdings, Inc. (8195), AmeriMark Intermediate Holdings, LLC (N/A), AmeriMark Direct, LLC (9045), Dr. Leonard's Healthcare, LLC (0683), and L.T.D. Commodities LLC (4665).  The corporate headquarters and the mailing address for the Debtors is 6862 Engle Road, Cleveland, Ohio 44130-7910.

[2] Amended items appear in **bold**.

Dated: May 23, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ *Sophie Rogers Churchill*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott (No. 3376)
Matthew O. Talmo (No. 6333)
Sophie Rogers Churchill (No. 6905)
1201 Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-9171
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
  mtalmo@morrisnichols.com
  srchurchill@morrisnichols.com

- and -

**MCDONALD HOPKINS LLC**
Shawn M. Riley
David A. Agay
Sean D. Malloy
Joshua A. Gadharf
Ashley J. Jericho
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
  dagay@mcdonaldhopkins.com
  smalloy@mcdonaldhopkins.com
  jgadharf@mcdonaldhopkins.com
  ajericho@mcdonaldhopkins.com

*Counsel to the Debtors and Debtors in Possession*