**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERIMARK INTERACTIVE, *et al.*,[1] ) | |
| ) | Case No. 23-10438 (TMH) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

**NOTICE OF MODIFICATIONS TO BIDDING PROCEDURES**

     **PLEASE TAKE NOTICE** that, on May 2, 2023, the Court entered that certain *Order (I) Approving Bidding Procedures for Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing Procedures to Designate Stalking Horse Bidders, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI) Granting Related Relief* [D.I. 146] (the "Bidding Procedures Order"),[2] pursuant to which the Court, among other things, approved procedures (the "Bidding Procedures") to be used in connection with one or more sales of the Debtors' assets free and clear of all liens, claims, interests, and encumbrances.

     **PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order authorizes the Debtors, in consultation with the Notice Parties, to make modifications to the Bidding Procedures.

     **PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Notice Parties, have extended the deadline to submit Qualified Bids to **May 30, 2023, at 12:00 p.m. (ET)**.

     **PLEASE TAKE FURTHER NOTICE** that the Auction date, time, and location have not changed, and the Auction remains scheduled to commence on **May 31, 2023, at 10:00 a.m. (ET), at Proskauer Rose LLP, One International Place, Boston, Massachusetts 02110-2600**.

     **PLEASE TAKE FURTHER NOTICE** that except as modified hereby, the Bidding Procedures remain in full force and effect, and will govern any Sale and Auction of the Purchased Assets.

     **PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right, in consultation with the Notice Parties, to further modify the Bidding Procedures.

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification number (if applicable), are: AmeriMark Interactive LLC (87-2028556), AmeriMark Intermediate Sub, Inc. (26-1940032), AMDRL Holdings, Inc. (92-0858195), AmeriMark Intermediate Holdings, LLC (N/A), AmeriMark Direct, LLC (34-1859045), Dr. Leonard's Healthcare, LLC, (N/A), L.T.D. Commodities LLC (03-0494665),The corporate headquarters and the mailing address for the Debtors is 6862 Engle Road, Cleveland, OH 44130-7910.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, the Bidding Procedures Order, and all other documents filed with the Court may be obtained free of charge by visiting https://cases.stretto.com/amerimark, or can be requested by calling the Debtors' claims and noticing agent at: (303) 309-2511 (Domestic) or (833) 663-4228 (International).

*[Remainder of Page Left Intentionally Blank]*

Dated:  May 25, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/   Sophie Rogers Churchill*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott (No. 3376)
Matthew O. Talmo (No. 6333)
Sophie Rogers Churchill (No. 6905)
1201 Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
         mtalmo@morrisnichols.com
         srchurchill@morrisnichols.com

- and -

**MCDONALD HOPKINS LLC**
Shawn M. Riley
David A. Agay
Sean D. Malloy
Joshua A. Gadharf
Ashley J. Jericho
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Facsimile:  (216) 348-5474
Email:  sriley@mcdonaldhopkins.com
          dagay@mcdonaldhopkins.com
          smalloy@mcdonaldhopkins.com
          jgadharf@mcdonaldhopkins.com
          ajericho@mcdonaldhopkins.com

*Counsel to the Debtors and Debtors in Possession*