# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERIMARK INTERACTIVE, LLC, *et al.*,[1] | ) |
| | ) Case No. 23-10438 (TMH) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing Scheduled for May 24 2023, at 1:00 P.M. (Eastern Time)** (Docket 255)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 25, 2023

*Amanda Hinchey*
_____
Amanda Hinchey

State of Colorado      )
                       ) SS.
County of Denver       )

Subscribed and sworn before me this 25th day of May 2023 by Amanda Hinchey.

*Danielle Harnden*
_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification number (if applicable), are: AmeriMark Interactive, LLC (8556), AmeriMark Intermediate Sub, Inc. (0032), AMDRL Holdings, Inc. (8195), AmeriMark Intermediate Holdings, LLC (N/A), AmeriMark Direct LLC (9045), Dr. Leonard's Healthcare, LLC (0683), and L.T.D. Commodities LLC (4665). The corporate headquarters and the mailing address for the Debtors is 6862 Engle Road, Cleveland, Ohio 44130-7910.

# Exhibit A

**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Alpro International Co. Ltd | Attn: Edward Lin | 4F No 168 Flushing N Rd | | Taipei | | 10030 | Taiwan |
| American Shipping Company Inc. | Attn: Legal Department | PO Box 1486 | | Englewood Cliffs | NJ | 07632 | |
| AmeriMark Holdings LLC | Attn: Legal Department | 6864 Engle Road | | Cleveland | OH | 44130 | |
| Beatrice Home Fashions Inc. | Attn: Legal Department | 151 Helen St | | South Plainfield | NJ | 07080 | |
| Clarus Commerce LLC | Attn: Beth Weiner | 500 Enterprise Drive | Floor 2 | Rocky Hill | CT | 06067 | |
| Coastal Cocktails Inc. | Attn: Dave Grantham | 1920 E Deere Ave | # 100 | Santa Ana | CA | 92705-5717 | |
| Commission Junction Inc. | Attn: Legal Department | 530 E Montecito St | | Santa Barbara | CA | 93103-3245 | |
| Deloitte & Touch LLP | Attn: Legal Department | 111 S Wacker Dr | | Chicago | IL | 60606-4302 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| Easy Street Sales Corporation | Attn: Legal Department | 15 Oak Street | | Gonic | NH | 03839 | |
| Edison 27 LLC | c/o The Rosner Law Group LLC | 824 N. Market Street  Suite 810 | Attn: Frederick Rosner Jason Gibson | Wilmington | DE | 19801 | |
| Fedex | Attn: Geri Hamm | PO Box 371741 | | Pittsburgh | PA | 15250-7741 | |
| Fijian Baogang Import and Expo | Attn: Legal Department | Suite H 21F. Guomao Plaza | | Fuzhour | | | China |
| General Trade (International) Co. | Attn: Karen Hsieh | Room 1013 Kenning Industrial Bldg | 19 Wang Hoi Road | Kowloon Bay | | | Hong Kong |
| Gina Group Ltd. (Gina Hosiery) | Attn: Sam Gewirtz | 10 W 33 St | Ste 312 | New York | NY | 10001 | |
| Great Time International Corp. | Attn: Echo | ROOM 602 6F Bldg C | Shum Yip U center #743 ZhouShi Rd | Baoan Dist.Shenzhen | | 190 51812 | China |
| Ihp Tri-State Assets LLC | Attn: Legal Department | 75 REMITTANCE DR DEPT 6032 | | Chicago | IL | 60675-6032 | |
| In The Flow Design Ltd. | Attn: Bonnie Mak | Sage Inno Park | Nanshan | Shenzhen | | 190 518054 | China |
| Inspiro Relia Inc. | Attn: Ryan V. Laureano | 6th Floor L.V. Locsin Building | Ayala Avenue corner Makati Avenue | Makati City | | 1200 | Philippines |
| Integrated Marketing Solutions Inc. | Attn: Katherine Frey | 1112 7th Ave. | | Monroe | WI | 53566-1364 | |
| Internal Revenue Service | Attn: Bankruptcy Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Iterum Connections | Attn: Legal Department | CALLE 26 96 J 66 OF 801 | | BOGOTÁ | | 11 | Columbia |
| Jobar International Inc. | Attn: Legal Department | 3112 Kashiwa St | | Torrance | CA | 90505-4011 | |
| Joseph's Place Inc. | Attn: Angela Abaian | 701 E Jackson St | | Los Angeles | CA | 90012 | |
| KGS Global Management Services | Attn: Legal Department | 20F. | | Rykadan Capital Tower | | | Hong Kong |
| Leonard A. Feinberg Inc. | Attn: Legal Department | 1824 Byberry Road | | Bensalem | PA | 19020 | |
| Liaoning Aroma Internation Trade | Attn: Eileen Liu | No 11 Jia Fuxinsanjie | Heping District | Shenyang | | 70 110002 | China |
| Liberty Property Ltd Partnership | Attn: Legal Department | 9700 W. Higgins Rd. | | Rosemont | IL | 60018 | |
| Lindenmyer Central Ntnl Gottesman | Attn: Eric Sullivan | Three Manhattanville Road | | Purchase | NY | 10577-2123 | |
| Lindenmyer Central Ntnl Gottesman | Attn: Eric Sullivan | Three Manhattanville Road | | Purchase | NY | 10577-2124 | |
| Listrak Inc. | Attn: Legal Department | 100 W Millport Rd | | Lititz | PA | 17543-9323 | |
| LSC Communications Inc. | Attn: Legal Department | 2707 N. Eola Road | | Aurora | IL | 60502-4812 | |
| Medical Depot Inc. dba Drive | Attn: Legal Department | 99 Seaview Blvd | | Port Washington | NY | 11050 | |
| Metropolitan Manufacturing Inc. | Attn: Legal Department | 450 Murray Hill Parkway | | E. Rutherford | NJ | 07073-2109 | |
| Msr Imports Inc. | Attn: Jonathan Rodack | 6920 Central Hwy | Airport Circle Industrial Park | Pennsauken | NJ | 08109-4110 | |
| Nassau Candy Distributors Amuse | Attn: Chandler Pedersen | 530 W John St | | Hicksville | NY | 11801 | |
| Ningbo Baien Int. Trading Co. Ltd | Attn: Echo Lu | Transfar Huang Yan5F JingDu Mansion | NO.349 Tian Yuan Rd | Huang YuanTaizhou | | 130 318020 | China |
| Ningbo High Time Trading | Attn: Fairy | No. 17 | Lane 469 Yinfeng Rd. | Haishu DistNingbo | | 130 315000 | China |
| Ningbo Kandy Imp. & Exp. Co. Ltd | Attn: Legal Department | 11th Floor Middle Unit | Bldg 2 Yangfan Plz High-Tech Dist | Ningbo | | 315040 | China |
| Ningbo Win Fun Co. Ltd. | Attn: Vikki Ye | Rm 302 No 27 He Mei Cheng Plaza | No 666 YangMuQi Rd | Hi-Tech ZoneNingbo | | 130 315040 | China |
| Office of the United States Trustee | Attn: Legal Department | 844 King Street Suite 2207 | | Wilmington | DE | 19801 | |
| Omega Apparel Ltd. | Attn: Paul Rosen | 463 Fashion Ave | Ste 801 | New York | NY | 10018 | |
| PACGWL LLC - Nixon Lane Prologis | Attn: Legal Department | 1800 Wazee St Ste 500 | | Denver | CO | 80202-2526 | |
| Pem-America Inc. | Attn: Jewel Jiang | 70 W 36th St | 2nd Floor | New York | NY | 10018 | |
| Quad/Graphics Inc. | Attn: Mark Marin | Quad Internation Headquarters | N61 W23044 Harry's Way | Sussex | WI | 53089 | |
| Rapid Reward Fulfillment | Attn: Legal Department | 2561 Territorial Road | | Saint Paul | MN | 55114 | |
| Rich Pacific (H.K.) Limited | Attn: Eric Alper | 5F Grand Industrial Building | 159-165 WO YI HOP Road | Kwai Chungkwai Chung | | | Hong Kong |
| Securities & Exchange Commission | Attn: Legal Department | 100 F Street NE | | Washington | DC | 20549 | |
| Securities & Exchange Commission | New York Regional Office | 200 Vesey St Ste 400 Brookfield Pl | Attn: Regional Director | New York | NY | 10281-1022 | |
| Shanghai Smart Direct LLC | Attn: Toi Harden | 2107 Greenbriar Dr. | Ste A | Southlake | TX | 76092 | |
| Signature Designs Hong Kong Limit | Attn: Jack | 13F Rm 1313 Harbour Centre Tower 1 | No1 Hok Cheung StHunghom | KLN HK | | | China |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |

In re: AmeriMark Interactive, LLC, et al.
Case Number: 23-10438

Document Ref: 7UQ9S-KWJ47-U2OZF-FFYOK



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State Of Arkansas | Office Of The Attorney General | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State Of Delaware | Department of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | G. Mennen Williams Building Fl 7 | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | 33 Capitol St. | Nh Department Of Justice | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol 2nd Fl | | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The AG Sean D. Reyes | State Capitol Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of West Virginia | Office Of The Attorney General | State Capitol 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| Telebrands Corp. | Attn: Legal Department | 79 Two Bridges Rd. | | Fairfield | NJ | 07004 | |
| US Attorney for the District of DE | co U.S. Attorney's Office | Hercules Building | 1313 N Market Street | Wilmington | DE | 19801 | |
| VXI Global Solutions | Attn: Legal Department | 220 W 1St St Ste 300 | | Los Angeles | CA | 90012-4105 | |

In re: AmeriMark Interactive, LLC, et al.
Case Number: 23-10438

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alpro International Co., Ltd | Attn: Edward Lin | | edwardlin@alpro-intl.com.tw |
| American Shipping Co., Inc. | c/o Morris James LLP | Attn: Byra M. Keilson, Jason S. Levin | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| American Shipping Company, Inc. | Attn: Cheryl Byers | | kevinm@shipamerican.com<br>cherylb@shipamerican.com |
| AmeriMark Holdings, LLC | c/o Greenberg Traurig, LLP | Attn: Brian E. Greer, Oscar N. Pinkas, Sara A. Hoffman, Jessica M. Wolfert | GreerB@gtlaw.com<br>PinkasO@gtlaw.com<br>HoffmanS@gtlaw.coml<br>Jessica.Wolfert@gtlaw.com |
| AmeriMark Holdings, LLC | c/o Greenberg Traurig, LLP | Clark | Anthony.Clark@gtlaw.com |
| AmeriMark Holdings, LLC | | | affiliate@amerimark.com |
| Clarus Commerce LLC | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch | rlemisch@klehr.com |
| Clarus Commerce LLC | Attn: Beth Weiner | | eweiner@claruscommerce.com |
| Coastal Cocktails, Inc. | Attn: Dave Grantham | | dgrantham@moderngourmetfoods.com |
| ColFin 2019-2H Industrial Owner LLC | c/o Singer & Levick, P.C | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Commission Junction Inc. | | | marla.park@lionresources.com |
| Crystal Financial LLC, d/b/a SLR Credit Solutions | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matthew B. McGuire, Nicolas E. Jenner | landis@lrclaw.com<br>mcguire@lrclaw.com<br>jenner@lrclaw.com |
| Crystal Financial LLC, d/b/a SLR Credit Solutions | c/o Proskauer Rose LLP | Attn: David M. Hillman, Megan R. Volin | dhillman@proskauer.com<br>mvolin@proskauer.com |
| Deloitte & Touch LLP | | | rsalhab@deloitte.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Edison 27 LLC | c/o The Rosner Law Group LLC | Attn: Frederick B. Rosner, Jason A. | rosner@teamrosner.com |
| Fedex | Attn: Geri Hamm | | geri.hamm@fedex.com |
| General Trade (International) Co. | Attn: Karen Hsieh | | karen@generaltrade.com.tw |
| Gina Group Ltd. (Gina Hosiery) | Attn: Sam Gewirtz | | samg@ginagroup.com |
| Great Time International Corp. | Attn: Echo | | luecho2@gmail.com |
| Ihp Tri-State Assets, LLC | | | sales@tristateassets.com |
| In the Flow Design Ltd. | c/o Dorsey & Whitney (Delaware) LLP | Attn: Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| In The Flow Design Ltd. | c/o Dorsey & Whitney LLP | Attn: Courina Yulisa | yulisa.courina@dorsey.com |
| In the Flow Design Ltd. | c/o Dorsey & Whitney LLP | Attn: H. Joseph Acosta | acosta.joseph@dorsey.com |
| In The Flow Design Ltd. | Attn: Bonnie Mak | | bonnie@intheflowdesign.com |
| Integrated Marketing Solutions, Inc. | Attn: Katherine Frey | | katherine.frey@imsdm.com |
| Iterum Connections | | | sales@iterumconnections.com |
| Joseph's Place Inc. | Attn: Angela Abaian | | josephplace@sbcglobal.net |
| KGS Global Management Services | | | info@kgssourcing.com |
| Liaoning Aroma Internation Trade | Attn: Eileen Liu | | halloween@vip.163.com |
| Liberty Property Ltd Partnership | Attn: Kathryn Eischen | | Prologis-IR@prologis.com<br>keischen@prologis.com |
| Lindenmyer Central, a Divison of Central National Gottesman Inc. | Attn: Eric Sullivan | | Esullivan@lindenmeyrcentral.com |
| Lindenmyer Central, a Divison of Central National Gottesman Inc. | Attn: Eric Sullivan | | Esullivan@lindenmeyrcentral.com |
| Listrak, Inc. | | | support@listrak.com |

In re: AmeriMark Interactive, LLC, et al.
Case Number: 23-10438

Page 1 of 3

 STRETTO

**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| LSC Communications, Inc. | | | lscinvoices@lsccom.com |
| Missouri Department of Revenue | Bankruptcy Unit | Attn: Steven A. Ginther | deecf@dor.mo.gov |
| Msr Imports, Inc. | Attn: Jonathan Rodack | | jrodack@msrimports.com |
| Nassau Candy Distributors DBA Amuse | Attn: Chandler Pedersen | | chandler.pedersen@amusemint.com |
| Ningbo Baien Int. Trading Co., Ltd. | Attn: Echo Lu | | luecho2@gmail.com |
| Ningbo High Time Trading | Attn: Fairy | | FAIRY@hightimetrading.com |
| Ningbo Kandy Imp. & Exp. Co. Ltd. | | | nbkandy@gmail.com |
| Ningbo Win Fun Co. Ltd. | Attn: Vikki Ye | | vikki@nbwinfun.com |
| Office of the United States Trustee | | | timothy.fox@usdoj.gov |
| Omega Apparel Ltd. | Attn: Paul Rosen | | paul@omegaapparel.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| PACGWL, LLC - Nixon Lane, Prologis | | | EssentialsHelp@prologis.com |
| Pem-America, Inc. | Attn: Jewel Jiang | | jewel.jiang@pemamerica.com |
| Pitney Bowes Global Ecommerce Inc. | c/o Meyer, Suozzi, English & Klein, P.C. | Attn: Edward J. LoBello | elobello@msek.com |
| PNC Bank, National Association | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr | regina.kelbon@blankrome.com Stanley.tarr@blankrome.com John.lucian@blankrome.com |
| Quad/Graphics Inc. | Attn: Mark Marin, Juan Mostek | | mpmarin@quad.com |
| Rapid Reward Fulfillment | | | developer@rapidrewardfulfillment.com |
| Rich Pacific (H.K.) Limited | Attn: Eric Alper | | ealper24@aol.com |
| Shanghai Smart Direct LLC | Attn: Toi Harden | | toi@smartdirectint.com bethany@smartdirectint.com |
| Signature Designs (Hong Kong) Limit | Attn: Jack | | jack@signaturedesign.com.hk |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@Alabamaag.gov |
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | DOR_TAC_Bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State Of Delaware | | | Attorney.General@state.DE.US |
| State Of Florida | Office Of The Attorney General | | ashley.moody@myfloridalegal.com |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State Of Illinois | Office Of The Attorney General | | info@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State Of Kentucky | Office Of The Attorney General | | KyOAGOR@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | ConstituentServices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Minnesota | Office Of The Attorney General | | Attorney.General@ag.state.mn.us |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | | attorneygeneral@doj.nh.gov |
| State Of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |

In re: AmeriMark Interactive, LLC, et al.
Case Number: 23-10438

Page 2 of 3

 STRETTO

**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Oregon | Office Of The Attorney General | | ellen.rosenblum@dog.state.or.us |
| State Of Utah | Reyes | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | Bankruptcy & Collections Div. | Attn: Christopher J. Dylla | Christopher.Dylla@oag.texas.gov |
| The Official Committee of Unsecured Creditors | c/o Porzio, Bromberg & Newman, P.C. | Attn: Cheryl A. Santaniello | casantaniello@pbnlaw.com |
| The Official Committee of Unsecured Creditors | c/o Kelley Drye & Warren LLP | Attn: Maeghan J. McLoughlin, Eric R. Wilson, Allison Selick | MMcLoughlin@KelleyDrye.com EWilson@KelleyDrye.com ASelick@KelleyDrye.com kdwbankruptcydepartment@kelleydrye.com |
| The Official Committee of Unsecured Creditors | c/o Porzio, Bromberg & Newman | Attn: Rachel A. Porzio, Kelly D. Curtin | RAParisi@pbnlaw.com KDCurtin@pbnlaw.com |
| Wells Fargo Trade Capital Service, Inc. | GRT Bankruptcy Administration | Attn: Christine R. Etheridge | christine.r.etheridge@wellsfargo.com jennifer.presnall-harpe@wellsfargo.com |

In re: AmeriMark Interactive, LLC, et al.
Case Number: 23-10438

Page 3 of 3

# Signature Certificate

Reference number: 7UQ9S-KWJ47-U2OZF-FFYOK

| Signer | Timestamp | Signature |
|---|---|---|

**Amanda Hinchey**
Email: amanda.hinchey@stretto.com

| | | |
|---|---|---|
| Sent: | 25 May 2023 19:48:13 UTC | *Amanda Hinchey* |
| Viewed: | 25 May 2023 19:48:22 UTC | |
| Signed: | 25 May 2023 19:48:59 UTC | |

**Recipient Verification:**

| | | |
|---|---|---|
| ✔Email verified | 25 May 2023 19:48:22 UTC | IP address: 149.76.113.244 |
| ✔Personally Known | 25 May 2023 19:48:05 UTC | Location: Casper, United States |

**Danielle Harnden**
Email: danielle.harnden@stretto.com

| | | |
|---|---|---|
| Sent: | 25 May 2023 19:48:13 UTC | *Danielle Harnden* |
| Viewed: | 25 May 2023 19:49:04 UTC | |
| Signed: | 25 May 2023 19:49:15 UTC | |

IP address: 4.2.49.178
Location: Saint Stephens, United States

Document notarized online using audio-video communication on:
25 May 2023 19:49:15 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.

